AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 8:12-CR-258-T-27TGW |
| ALEJANDRO AGUILAR ) | USM No: 56983-018 |
| ) | |
| Date of Original Judgment: 12/10/2012 ) | Conrad B. Kahn, AFPD |
| Date of Previous Amended Judgment: ___ ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Any) | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  Eighty-four (84)   months **is reduced to**  Seventy (70)   months or time served, whichever is greater. *See* USSG § 1B1.10(b)(2)(C)

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   12/10/2012   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   10/15/2015

Effective Date:   11/02/2015
*(if different from order date)*

*Judge's signature*

UNITED STATES DISTRICT JUDGE
*Printed name and title*